

JLT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
DEC 30 2024
CHRISTOPHER EKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIM. NO. 24-214-JB |
| | * USAO NO. 24R00062 |
| v. | * |
| | * VIOLATION: 18 USC § 641 |
| BARBARA ANN MOLETTE TILLMAN | * |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Theft of Government Money
### Title 18, United States Code, Section 641

On or about February 15, 2001, and continuing to in or about November 2020, in the Southern District of Alabama, the defendant,

**BARBARA ANN MOLETTE TILLMAN,**

willfully and knowingly did steal and purloin Social Security Benefits paid to an individual whose name is known to the Grand Jury and whose initials are R. M. after their death, of a value exceeding $1,000, namely approximately $156,494, of the property of the United States.

In violation of Title 18, United States Code, Section 641.

### FORFEITURE NOTICE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

Upon conviction of the offense in violation of Title 18, United States Code, Section 641, set forth in Count One of this Indictment, the defendant,

## BARBARA ANN MOLETTE TILLMAN,

shall forfeit to the United States any property real or personal which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGEMENT: A sum of money in United States Currency of $156,494.00 more or less, that the defendant obtained as a result of the offense charged in Count One of the Indictment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 853 and Title 28 United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

JIMMY L. THOMAS
Assistant United States Attorney

SEAN P. COSTELLO
United States Attorney

DECEMBER 2024